

NUMBER 13-18-00505-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG

IN RE CYTEC INDUSTRIES, INC.

On Petition for Writ of Mandamus.

# MEMORANDUM OPINION

**Before Justices Rodriguez, Contreras, and Benavides
Memorandum Opinion by Justice Benavides[1]**

Relator Cytec Industries, Inc. (Cytec) filed a petition for writ of mandamus in the above cause seeking to compel the trial court to vacate its August 6, 2018 order striking the designation of Crawford Electric Supply, Inc. as a responsible third party under Chapter 33 of the Texas Civil Practice and Remedies Code. *See* TEX. CIV. PRAC. & REM. CODE ANN. § 33.004 (West, Westlaw through 2017 1st C.S.). Cytec has now filed a motion to dismiss this original proceeding on grounds that the parties have entered into a

---

[1] *See* TEX. R. APP. P. 47.4 (distinguishing opinions and memorandum opinions); *id.* R. 52.8(d) ("When granting relief, the court must hand down an opinion as in any other case," but when "denying relief, the court may hand down an opinion but is not required to do so.").

settlement agreement resolving their disputes and Cytec no longer wishes to prosecute this original proceeding.

The Court, having examined and fully considered the motion to dismiss, is of the opinion that it should be granted. Accordingly, we grant the motion to dismiss and we DISMISS the petition for writ of mandamus.

GINA M. BENAVIDES,
Justice

Delivered and filed the
27th day of December, 2018.